**DISMISS and Opinion Filed July 5, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00602-CR**

_____

**JEREMY GRAY HECKFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CR2100639**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Garcia

Before the Court is appellant's June 29, 2022 motion to dismiss the appeal.

The motion complies with rule 42.2(a). TEX. R. APP. P. 42.2(a). We grant the motion

and dismiss this appeal.

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220602F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

JEREMY GRAY HECKFORD,
Appellant

No. 05-22-00602-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at
Law No. 1, Hunt County, Texas
Trial Court Cause No. CR2100639.
Opinion delivered by Justice Garcia.
Justices Molberg and Reichek
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered July 5, 2022